UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EINHORN, Administrator of the TEAMSTERS PENSION FUN OF PHILADELPHIA & VICINITY,<br><br>       Plaintiff,<br><br>    v.<br><br>KALECK BROTHERS, INC.,<br><br>       Defendant. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 08-5307 (JEI)<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION**<br>(Dkt. No. 25) |

**APPEARANCE:**

Jo Bennett, Esq.
Frank C. Sabatino, Esq.
STEVENS & LEE
1818 Market Street, 29th Floor
Philadelphia, PA 19103
          Counsel for Plaintiff.

Melvin C. McDowell, Esq.
Kenneth Federman, Esq.
ROTHBERG & FEDERMAN, P.C.
3101 Hulmeville Road
Suite 200
Bensalem, PA 19020
          Counsel for Defendant.


**IRENAS**, Senior District Judge:

     This matter having appeared before the Court upon Defendant's Motion for Reconsideration (Dkt. No. 25), the Court having considered the submissions of the parties and for the reasons set forth in the Opinion issued by this Court on even date herewith, which findings of fact and conclusions of law are

incorporated herein by reference, and for good cause appearing;

**IT IS** on this  12th  day of July, 2010,

**ORDERED THAT:**

(1) Defendant's Motion for Reconsideration (Dkt. No. 25) is hereby **DENIED**.

　　　　　　　　　　　　　　　　　　  s/ Joseph E. Irenas  

　　　　　　　　　　　　　　　　　JOSEPH E. IRENAS, S.U.S.D.J.